**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RONALD COLLINS, | ) | 3:16-cv-00111-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 7, 2017 |
| | ) | |
| JOSHUA COLLINS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Plaintiff's Motion for Docket Sheet (ECF No. 13).  Plaintiff is advised he should not expect to receive free copies of the docket sheet and/or additional copies of court filings as a matter of course.  However, in this instance, Plaintiff's request shall be granted on a one-time basis.  Plaintiff is informed if in the future he wishes to have a copy of the docket sheet, he will have to order it in advance and pay for it. The Clerk's Office charges 50¢ per page for a copy of a docket sheet.

      Plaintiff's Motion for Docket Sheet (ECF No. 13) is therefore **GRANTED.**  The Clerk of the Court is directed to send a copy of the docket sheet in this matter to the Plaintiff.

      **IT IS SO ORDERED.**

                               DEBRA K. KEMPI, CLERK

                               By:         /s/
                                      Deputy Clerk