# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD COLLINS, | Case No.: 3:16-cv-00111-MMD-WGC |
| Plaintiff | **Order** |
| v. | |
| JOSHUA COLLINS, et. al. | |
| Defendants | |

On August 30, 2018, the court advised Plaintiff that he had 90 days from the date of the filing of the suggestion of death for Julia Rexwinkle (filed on June 20, 2018) to file a motion to substitute for Rexwinkle (insofar as she is sued in her individual capacity) that identifies a proper substitute defendant, or Rexwinkel would be dismissed from this action without prejudice. (ECF No. 109.)

To date, no motion to substitute has been filed; therefore, Julie Rexwinkle is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: April 25, 2019

_____
William G. Cobb
United States Magistrate Judge